**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 26, 2019.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00918-CV**

_____

**IN RE W. MARK LANIER AND THE LANIER LAW FIRM, P.C., Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-31827**

---

## MEMORANDUM OPINION

On November 15, 2019, relators W. Mark Lanier and the Lanier Law Firm, P.C. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Lauren Reeder, presiding judge of the 234th District Court of

Harris County, to set aside her October 14, 2019 order denying relators' motion to compel arbitration under the Federal Arbitration Act ("FAA").

A party may file an interlocutory appeal of an order denying a motion to compel arbitration under the FAA. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.016 (providing for appeal of interlocutory order denying motion to compel arbitration under the FAA). Therefore, relators have failed to show that they do not have an adequate remedy by appeal.

Relators have not established that they are entitled to mandamus relief. *See In re Rent-a-Center*, No. 14-15-00450-CV, 2015 WL 3979089, at \*1 (Tex. App.—Houston [14th Dist.] June 30, 2015, orig. proceeding) (mem. op.) (denying petition seeking relief from order denying relator's motion to compel arbitration pursuant to the FAA because relator had an adequate remedy by appeal). Accordingly, we deny relators' petition for writ of mandamus. We also deny relators' motion to stay.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.

2